UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SANDRA R. GREGORY,                        No. 16-12572

            Plaintiff,                 District Judge Matthew F. Leitman

v.                                        Magistrate Judge R. Steven Whalen

COMMISSIONER OF SOCIAL SECURITY,

            Defendant.
_____/

### ORDER TO CORRECT DEFICIENCY

This is a Social Security Disability case. On July 8, 2016, Plaintiff Sandra R. Gregory filed a complaint for judicial review under 42 U.S.C. § 405(g), along with an application to proceed without prepaying fees or costs [Doc. #2]. In ¶ 3(f) of that application, Ms. Gregory checked a box indicating that in the past 12 months, she received income from "other sources." However, contrary to the instructions contained in the form, she does not state the source of that income, the amount, or what she expects to receive in the future. Thus, the Court does not have sufficient information to grant her request to proceed without prepayment of fees or costs.

Therefore, within 21 days of the date of this Order, Ms. Gregory must file a supplemental affidavit that fully explains the source, amount, and future expectations concerning her income from "other sources." Ms. Gregory's failure to timely comply with this Order may result in the denial of her application to proceed without prepayment of fees or costs.

IT IS SO ORDERED.

                                    s/R. Steven Whalen
                                    R. STEVEN WHALEN
                                    UNITED STATES MAGISTRATE JUDGE

Dated: July 12, 2016

<u>CERTIFICATE OF SERVICE</u>

I hereby certify on July 12, 2016 that I electronically filed the foregoing paper with the Clerk of the Court sending notification of such filing to all counsel registered electronically.  I hereby certify that a copy of this paper was mailed to the following non-registered ECF participants July 12, 2016.

s/Carolyn M. Ciesla_____
Case Manager for the
Honorable R. Steven Whalen