UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SANDRA R. GREGORY,

    Plaintiff,                                  Civil Action No. 16-12572

v.                                              HON. MATTHEW F. LEITMAN
                                                     U.S. District Judge
                                                     HON. R. STEVEN WHALEN
COMMISSIONER OF SOCIAL          U.S. Magistrate Judge
SECURITY,

    Defendant.
_____/

**ORDER STRIKING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

On February 24, 2017, Plaintiff, through her attorney Randall E. Phillips, filed a 23-page motion for summary judgment in 10-point font. *Docket #20.* Local Rule 5.1(a)(3) requires the type size of all text to be no smaller than 14-point font. *See Adelson v. Ocwen Financial Corporation*, 2017 WL 1148922 (E.D. Mich. March 28, 2017)(Berg, J.).

Plaintiff should note further that Local Rule 5.1(a)(2) requires all text to be double-spaced, with the exception of quoted material and footnotes and under Local Rule 7.1(d)(3)(A) "'the text of a brief [...], including footnotes and signatures, may not exceed 25 pages.'" *Adelson.*

Plaintiff's Motion for Summary Judgment [Doc. #20] is STRICKEN.  Plaintiff is hereby granted until Wednesday, August 16, 2017 to file a brief in compliance the above-stated Local Rules.

IT IS SO ORDERED.

Dated: August 10, 2017            s/R. Steven Whalen
                                  R. STEVEN WHALEN
                                  UNITED STATES MAGISTRATE JUDGE

---

**CERTIFICATE OF SERVICE**

I hereby certify on August 11, 2017 that I electronically filed the foregoing paper with the Clerk of the Court sending notification of such filing to all counsel registered electronically.  I hereby certify that a copy of this paper was mailed to non-registered ECF participants August 11, 2017.

                                  s/Carolyn M. Ciesla
                                  Case Manager for the
                                  Honorable R. Steven Whalen